UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PANAMA CITY BEACH CONDOS, LIMITED**
**PARTNERSHIP,** a Delaware limited partnership,

    Plaintiff,

vs.

**ADJUSTERS INTERNATIONAL COLORADO,**     CASE NO.
**INC.,** a Colorado Corporation,     4:08-cv-369-RH/WCS

    Defendant/Counter-Plaintiff/
    Third-Party Plaintiff

vs.

**AXIS SURPLUS INSURANCE COMPANY,**
an Alabama Corporation, and **GREENBERG**
**TRAURIG, PA,** a Florida Professional Association,

    Third-Party Defendants.

_____

**PRELIMINARY NOTICE OF SETTLEMENT**
_____

    Adjusters International Colorado, Inc., hereby gives the Court preliminary notice of settlement of this matter that will ultimately result in a dismissal of the entire action and resolution of all claims made in this case.  The parties are in the process of finalizing written settlement agreements.  Multiple drafts have been exchanged.  Adjusters International Colorado, Inc. will advise the Court when the documents are finalized.  The result of the agreements will be a stipulated motion or motions to dismiss the various claims in the entire proceeding.

    Respectfully submitted this 17th day of November, 2010.

By: s/William S. Finger
William S. Finger
Colorado Bar No. 7224
Frank & Finger, P.C.
PO Box 1477
Evergreen, CO 80437-1477
Telephone: 303-674-6955
Facsimile: 303-674-6684

GLAST, PHILLIPS & MURRAY, P.C.
Mark C. Enoch
State Bar No. 06630360
One Galleria Tower
13355 Noel Road, Suite 2200
Dallas, Texas 75240
Telephone: 972-419-8300
Facsimile: 972-419-8329

SHADE & ASSOCIATES, P.A.
Sharon A. Shade
Florida Bar No. 336823
1111 Lincoln Road, Suite 810
Miami Beach, Florida 33139
Telephone: 305-531-8118
Facsimile: 305-531-1118

*Attorneys for Defendant/Counter-Plaintiff/Third-Party Plaintiff, Adjusters International Colorado, Inc.*

**CERTIFICATE OF SERVICE**

  Undersigned counsel hereby certifies that a copy of the foregoing was served by Notice of Electronic Filing via the Court's CM/ECF electronic filing system on this the 17th day of November, 2010, upon the following counsel of record:

Allen Winsor
George N. Meros, Jr.
Any V. Bardos
Gray Robinson, P.A.
P.O. Box 11189
301 S. Bronough Street, Ste. 600
Tallahassee, FL 32301

Joseph M. Scheyd, Jr.
1234 Airport Road, Suite 100
Destin, Florida 32541

Mark C. Enoch
Glast, Phillips & Murray, P.C.
One Galleria Tower
13355 Noel Road, Ste. 2200
Dallas, Texas 75240


Sharon A. Shade
Shade & Associates, P.A.
1111 Lincoln Road, Ste. 810
Miami Beach, FL 33139


            s/Elaine Gosnell