IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PANAMA CITY BEACH CONDOS, LIMITED
PARTNERSHIP, a Delaware Limited Partnership,**

    Plaintiff/Counter-Defendant

VS.

CASE NO.
4:08-cv-369-RH/WCS

**ADJUSTERS INTERNATIONAL COLORADO,
INC., a Colorado Corporation,**

    Defendant/Counter-Plaintiff/
    Third-Party Plaintiff

VS.

**AXIS SURPLUS INSURANCE COMPANY,**
an Alabama Corporation, and **GREENBERG
TRAURIG, PA,** a Florida Professional Association,

    Third-Party Defendants
_____

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated by all Parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action and all claims presented herein shall be and are DISMISSED WITH PREJUDICE in their entirety, with each party to bear its own attorney's fees and costs.

DATED this 16th day of December, 2010.

_____
STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE – PAGE 1

/s/  Allen Winsor
Allen Winsor
George N. Meros, Jr.
Andy V. Bardos
**GRAY ROBINSON, P.A.**
P. O. Box 11189
301 S. Bronough St., Suite 600
Tallahassee, FL  32301
(850) 577-9090
(850) 577-3311 (Fax)
allen.winsor@gray-robinson.com

*Attorneys for Panama City Beach Condos Limited Partnership* and *FSPP Panama Mezz, L.L.C.*

/s/  Mark C. Enoch
Mark C. Enoch
Richard E. Young
**GLAST, PHILLIPS & MURRAY, P.C.**
14801 Quorum Drive, Suite 500
Dallas, Texas 75254
(972) 419-8300
(972) 419-8329 (Fax)
ryoung@gpm-law.com

*Attorneys for Adjusters International Colorado, Inc.*

/s/ John Joseph Pappas
John Joseph Pappas
Eric Dickey
**BUTLER, PAPPAS WEIHMULLER**
777 S. Harbour Island Blvd., Suite 500
Tampa, Florida  33602
(813) 281-1900
(813) 281-0900 (Fax)
jpappas@butlerpappas.com

*Attorneys for Axis Surplus Insurance Co.*

/s/ Glenn T. Burhans, Jr.
Glenn T. Burhans, Jr.
Barry Richard
Bridget Smitha
**GREENBERG TRAURIG, P.A.**
101 East College Avenue
Tallahassee, Florida  32301
(850) 222-6891
(850) 681-0207 (Fax)
burhansg@gtlaw.com

*Attorneys for Greenberg Traurig, P.A.*

/s/ Joseph M. Scheyd, Jr.
Joseph M. Scheyd, Jr.
1234 Airport Road, Suite 100
Destin, Florida  32541
(950) 837-1171
jay@jscheyd.com

*Attorney for Tidewater Beach Development, LLC*